Jeffrey GALVAN, Movant–Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43306.

Missouri Court of Appeals,
Western District.

Feb. 19, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied April 2, 1991.

Gregg T. Hyder, Columbia, for movant-
appellant.

William L. Webster, Atty. Gen., Geoffrey
W. Preckshot, Asst. Atty. Gen., Jefferson
City, for respondent.

Before BERREY, P.J., GAITAN and
ULRICH, JJ.

PER CURIAM.

ORDER

Direct appeal from denial of postconvic-
tion relief after an evidentiary hearing.

Judgment affirmed.   Rule 84.16(b).